**Deauntee POE, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97560.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 27, 2012.

Michael Scott Meyers, St. Louis, MO, for Appellant.

Richard Anthony Starnes, Jefferson City, MO, for Respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J. and LISA S. VAN AMBURG, J.

### ORDER

PER CURIAM.

Deauntee Poe ("Movant") appeals from the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Movant contends the motion court clearly erred in denying his post-conviction motion without an evidentiary hearing because his trial attorney was ineffective for failing to object to his unjustified shackling in sight of the jury during his trial.

We have reviewed the briefs of the parties and the record on appeal and find the motion court did not clearly err in denying Movant's motion for post-conviction relief without an evidentiary hearing. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).